UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Dr. Luis S. Arana-Santiago
Plaintiff
v.
University of Puerto Rico   et. al.
Defendants

CIVIL NO: 3:21-cv-01172-FAB

**NOTICE OF ISSUANCE OF SUMMONS**

Notice is hereby given that Summonses have been electronically issued on an expedited basis.  Summonses have been securely signed and sealed.  Counsel <u>must</u> <u>print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000. In San Juan, Puerto Rico, this April 21, 2021.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

By:   s/ Ana E. Durán-Capella
Deputy Clerk