# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| Dr. Luis S. Arana Santiago<br>Plaintiff<br><br>VS.<br><br>The University of Puerto Rico;<br>Dr. Luis Tapia Maldonado, in his official capacity as rector of the University of Puerto Rico in Utuado;<br>Dr. Jorge Haddock Acevedo, in his official capacity as President of the University of Puerto Rico<br>Defendants | Civil No. 21-CV- 1172 *FAB* |

## INFORMATIVE MOTION

1. On April 20, 2021, the Clerk of the Court informed the Plaintiff that he will receive by mail the summonses for the Complaint in the above captioned case.

2. On April 30, 2021, the Plaintiff went to the Clerk's Office to inform the Clerk that he had not received the summonses for the Complaint and also presented the Clerk with a copy of the proposed summonses that the Plaintiff prepared himself according to the Court order of April 20, 2021.

3. The Clerk told the Plaintiff that the summonses were sent to him by mail on April 23, 2021, and that there was no need for more summonses, including summonses for the injunctive relief that the Plaintiff had asked the Court for on April 20, 2021.

4. The Clerk gave the Plaintiff a copy of the summonses and it was returned executed on May 4, 2021.

5. It is Plaintiff's belief that the Court order of April 20, 2021 has being complied with. However, if that is not the case, Plaintiff respectfully asks this Honorable Court for further instructions on this regard.

6. In addition, a copy of the injunction request was sent by certified mail and by email to the co-defendants on April 20, 2021.

Respectfully submitted.

May 11, 2021.

Dr. Luis S. Arana Santiago
P.O. Box 500
Orocovis, P.R. 00720
arana2121@yahoo.com
(787) 624-9583

# CERTIFICATE OF SERVICE

I, Dr. Luis S. Arana Santiago, hereby certify that I sent a copy of this **"Informative Motion"** to the email address and /or the postal address of the people identified below.

**Lcda. Beatriz A. Torres Torres**

Abogada Parte Apelada
Calle Dr. Cueto 87
Suite #1
Utuado, PR 00641
bufetetorres@gmail.com

**Dr. Luis Tapia Maldonado**
Rector
Universidad de Puerto Rico en Utuado
PO Box 2500
Utuado, PR 00641-2500
luis.tapia@upr.edu

**Dr. Jorge Haddock Acevedo**
Universidad de Puerto Rico
Administración Central
1187 Calle Flamboyán
Jardín Botánico Sur
Rio Piedras, PR 00926-1117
jorge.haddock@upr.edu