AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Dr. Luis S. Arana-Santiago | )
)
) |
| *Plaintiff(s)* | )
) Civil Action No. 3:21-cv-01172-FAB |
| v. | )
) |
| University of Puerto Rico et al | )
) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**Universidad de Puerto Rico**
Administracion Central
1187 Calle Flamboyan
Jardin Botanico Sur
Rio Piedras, PR 00926-1117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Dr. Luis S. Arana-Santiago**
PO BOX 500
Orocovis, PR 00720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

Date: 5/14/2021

Digitally signed by Rebeca Isaac
Date: 2021.05.14 10:10:10 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* University of Puerto Rico
was received by me on *(date)* 5/18/2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Maria Nieves , who is
designated by law to accept service of process on behalf of *(name of organization)*
University of Puerto Rico on *(date)* 5/18/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/18/2021

_____
Server's signature

Michael Arana Santiago
Printed name and title

Urb- Round Hill, calle Violeta 674
Trujillo Alto P.R. 00976
Server's address

Additional information regarding attempted service, etc: